# SUPERIOR COURT
## OF THE
## STATE OF DELAWARE

**MARK H. CONNER**
**JUDGE**

**1 The Circle, Suite 2**
**Georgetown, DE 19947**
**Telephone (302) 856-5256**

August 1, 2023

Richard E. Schimel, Esquire
7315 Wisconsin Ave.
Suite 800 West
Bethesda, MD  20814-3244

## <u>LETTER ORDER</u>

> RE:     Joseph Riad v. Brandywine Valley SPCA, Inc.
>           C.A. No. S21C-02-032 MHC

Dear Mr. Schimel:

The Court is in possession of a letter you sent to the court dated July 22, 2023 in the above referenced case.  At your request you were excused as *pro hac vice* counsel on July 21, 2023.  You have no authority to file anything in this case and thus this filing could be considered the unauthorized practice of law.

Your letter was clearly intended with disrespect to the Court which is consistent with your conduct throughout the case.  You are hereby instructed to inform any Delaware Court of future filings for admission *pro hac vice* of your conduct in this case so that the considering judge may confer with me.

Any further filings in this case by you will be referred to the Office of Disciplinary Counsel for the unauthorized practice of law.

**IT IS SO ORDERED.**

*/s/ Mark H. Conner*

Mark H. Conner
Judge

MHC/aml

xc:     Prothonotary